

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**NOS. PD-0073-24, PD-0074-24 & PD-0880-23**

**EX PARTE LUIS ENRIQUE RODRIGUEZ-RODAS, JUAN ORLANDO GARCIA-COMPEAN & WILTER OLIVIA GOMEZ, Appellees**

**ON STATE'S PETITIONS FOR DISCRETIONARY REVIEW
FROM THE SAN ANTONIO COURT OF APPEALS
KINNEY COUNTY**

*Per curiam*. YEARY, J., dissented.

**O P I N I O N**

In each of these cases, Appellee was arrested for trespassing on private property.
*See* TEX. PENAL CODE § 30.05(a). He filed a pretrial application for a writ of habeas
corpus, arguing that the State was selectively prosecuting him in violation of his equal
protection rights. In each case, the trial court granted relief, the State appealed, and the

court of appeals affirmed the trial court's ruling granting relief.[1]

The State has filed a petition for discretionary review in each case, challenging the court of appeals' holding that Appellee's claim is cognizable in a pretrial habeas application. The State also argues that in each case the court of appeals erred by ordering Appellee's discharge rather than remanding the case for further development of the record. We recently handed down our opinion in *Ex parte Aparicio*, No. PD-0461-23, ___ S.W.3d ___ (Tex. Crim. App. October 9, 2024), in which we held that Aparicio's selective prosecution claim was cognizable in a pretrial habeas application. We also held that Aparicio did not make a prima facie showing that he was arrested and prosecuted because of his gender.

Consistent with our opinion in *Aparicio*, we grant review on our own motion of the following ground in each case:

> Did Appellee make a prima facie showing that he was arrested and prosecuted because of his gender?

Accordingly, in each case, we vacate the judgment of the court of appeals and remand the case to that court in light of our opinion in *Aparicio*. The State's petitions are refused. No motions for rehearing will be entertained, and the Clerk is instructed to immediately issue mandate.

DATE DELIVERED: DECEMBER 11, 2024
DO NOT PUBLISH

---

[1] *Ex parte Rodriguez-Rodas*, No. 04-22-00885-CR (Tex. App.—San Antonio November 22, 2023); *Ex parte Garcia-Compean*, No. 04-22-00886-CR (Tex. App.—San Antonio November 22, 2023); *Ex parte Gomez*, 692 S.W.3d 710 (Tex. App.—San Antonio 2023).